# SIXTH DISTRICT COURT OF APPEAL
## STATE OF FLORIDA

———————————————

Case No. 6D2024-0263
Lower Tribunal No. CF14-008299-XX

———————————————

HEWITT A. GRANT, II,

Appellant,

v.

STATE OF FLORIDA,

Appellee.

———————————————

Appeal pursuant to Fla. R. App. P. 9.141(b)(2) from the Circuit Court for Polk County.
Cassandra L. Denmark, Judge.

April 8, 2025

PER CURIAM.

AFFIRMED.

TRAVER, C.J., and STARGEL and WHITE, JJ., concur.


Hewitt A. Grant, II, East Palatka, pro se.

James Uthmeier, Attorney General, Tallahassee, and David Campbell, Assistant Attorney General, Tampa, for Appellee.


NOT FINAL UNTIL TIME EXPIRES TO FILE MOTION FOR REHEARING AND DISPOSITION THEREOF IF TIMELY FILED